# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robert Gerber

                                        Plaintiff,

v.                                                      Case No.: 1:22−cv−06102
                                                          Honorable Martha M. Pacold

Institutional Pharmacy Solutions, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation of Dismissal [23], Plaintiff's individual claims are dismissed with prejudice and the claims of the putative classes are dismissed without prejudice. Each party shall bear their own costs. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.